

O AO 94 (Rev. 12/03) Commitment to Another District

JUN 0 8 2009

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
                                                                    DEPUTY CLERK

EASTERN _____ District of _____ CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>*NOE ARMENTA-VELAZQUEZ* | **COMMITMENT TO ANOTHER<br>DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 09-0481-001 PHX MHM | *1:09-mj-00113 GSA* | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   ✔ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**
   *8 U.S.C. § 1324(a)(1)(A)(iii) and (a)(1)(A)(v)(1); 8 U.S.C. § 1324(a)(1)(A)(iii) and (a)(1)(b)(iv)*

**DISTRICT OF OFFENSE:** *District of Arizona*

**DESCRIPTION OF CHARGES:**
   *Conspiracy to Harbor Illegal Aliens; Harboring Illegal Aliens resulting in death*

**CURRENT BOND STATUS:**

   ☐   Bail fixed at $            and conditions were not met
   ✔   Government moved for detention and defendant detained after hearing in District of Arrest
   ☐   Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐   Other (specify)

| Representation: | ☐ Retained Own Counsel   ✔ Federal Defender Organization   ☐ CJA Attorney   ☐ None |
|---|---|

| Interpreter Required? | ☐ No | ✔ Yes | Language: *Spanish* |
|---|---|---|---|

## EASTERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL
   You are hereby commanded to take custody of the above named defendant and to transport that
defendant with a certified copy of this commitment forthwith to the district of offense as specified above
and there deliver the defendant to the United States Marshal for that District or to some other officer
authorized to receive the defendant.

6 | 8 | 0 9
Date

Magistrate Judge Gary S. Austin

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |